**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ULYSSES A. PEEPLES,

    Plaintiff,

v.                                Case No.   3:17-cv-413-J-34JBT

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 13; Stipulation) filed on July 3, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of July, 2017.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record